United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LYREIL MOORE, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. H-26-1583 |
| § | |
| NEW PRIME, INC., *et al.* § | |
| § | |
| Defendants. § | |

**RECUSAL ORDER**

1. I stand recused in this case.

2. Deadlines in scheduling orders remain. Court settings are vacated.

SIGNED on March 2, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge